IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES AND FIDUCIARIES OF THE IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) BENEFIT AND PENSION PLANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> McGINNY IRONWORKS, INC.; WILLIAM KELLY; PAUL PETRASSO, <br><br> Defendants. | Civil Action <br><br> No.  11-1463 |

**ORDER**

**AND NOW**, this 19th day of October, 2011, upon consideration of plaintiff's Motion for Entry of Default Judgment and the Affidavit and submitted with said Motion, and it appearing the defendant has failed to plead or otherwise defend, it is hereby **ORDERED** that:

(1)   Judgment is entered in favor of the plaintiff Trustees and Fiduciaries of the Iron Workers District Council (Philadelphia and Vicinity) Benefit and Pension Plans against McGinny Ironworks, Inc., William Kelly, and Paul Petrasso, in the sum of $86,620.86 for principal contributions, interest, and liquidated damages pursuant to the collective bargaining agreement.

(2)   Judgment is entered in favor of the plaintiff Trustees and Fiduciaries of the Iron

Workers District Council (Philadelphia and Vicinity) Benefit and Pension Plans against McGinny Ironworks, Inc., William Kelly, and Paul Petrasso, in the sum of 1,581.12 for attorney's fees pursuant to 29 U.S.C.§ 1132(g)(2)(D).

                                                 /s/ Louis H. Pollak
                                                 Pollak, J.