IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES AND FIDUCIARIES OF THE IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) BENEFIT AND PENSION PLANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> McGINNY IRONWORKS, INC., WILLIAM KELLY, and PAUL PETRASSO, <br><br> Defendants. | CIVIL ACTION <br><br> No. 11-1463 |

October ___, 2011

## MEMORANDUM

On May 13, 2011, the plaintiffs in this action moved the court for an entry of default judgment (Dkt. No. 10). The May 13, 2011 motion was submitted on behalf of all plaintiffs—namely, the Trustees and Fiduciaries of the Iron Workers District Council (Philadelphia and Vicinity) Benefit and Pension Plans, the Iron Workers District Council (Philadelphia and Vicinity) Pension Plan, and the Iron Workers District Council (Philadelphia and Vicinity) Benefit Plan.

This court granted the plaintiffs' motion for entry of default judgment by order

dated October 19, 2011 (Dkt. No. 13). As made clear in an accompanying memorandum (Dkt. No. 12), I intended to enter default judgment against all defendants on behalf of all plaintiffs in the action. All plaintiffs were and are entitled to an entry of default judgment against all defendants. However, this court's October 19, 2011 order referred only to the "Plaintiff" rather than all three plaintiffs to whom the court intended to grant relief.

The reference to a singular Plaintiff rather than all three plaintiffs was a mere "clerical mistake," which this court is permitted to correct of its own motion. Fed. R. Civ. P. 60(a). An appropriate order follows.