IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| TRUSTEES AND FIDUCIARIES OF THE IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) BENEFIT AND PENSION PLANS, et al., | CIVIL ACTION<br><br>No.  11-1463 |
| Plaintiffs, | |
| v. | |
| McGINNY IRONWORKS, INC., WILLIAM KELLY, and PAUL PETRASSO, | |
| Defendants. | |

## ORDER

**AND NOW**, this 25th day of October, 2011, upon reconsideration of this court's

Order dated October 19, 2011 (Dkt. No. 13), it is hereby **ORDERED** that the Order dated

October 19, 2011 is revised as follows:

(A)     Paragraphs (1) and (2) of the Order dated October 19, 2011 are
         **STRICKEN**;

(B)     In place of the stricken text, the Order dated October 19, 2011 is
         **MODIFIED** by the insertion of the following two corrected paragraphs:

(1)     Judgment is entered in favor of the Plaintiffs—Trustees and
        Fiduciaries of the Iron Workers District Council (Philadelphia and
        Vicinity) Benefit and Pension Plans, Iron Workers District Council
        (Philadelphia and Vicinity) Pension Plan, and Iron Workers District

Council (Philadelphia and Vicinity) Benefit Plan—against Defendants McGinny Ironworks, Inc., William Kelly, and Paul Petrasso, in the sum of $86,620.86 for principal contributions, interest, and liquidated damages pursuant to the collective bargaining agreement.

(2)     Judgment is entered in favor of the Plaintiffs—Trustees and Fiduciaries of the Iron Workers District Council (Philadelphia and Vicinity) Benefit and Pension Plans, Iron Workers District Council (Philadelphia and Vicinity) Pension Plan, and Iron Workers District Council (Philadelphia and Vicinity) Benefit Plan—against Defendants McGinny Ironworks, Inc., William Kelly, and Paul Petrasso, in the sum of $1,581.12 for attorney's fees and costs pursuant to 29 U.S.C. § 1132(g)(2)(D).

BY THE COURT:


 /s/ Louis H. Pollak
Pollak, J.